UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

In the Matter of:

LATARA CHERISSE MCLAURIN,       Case No. 09-41148-TJT
    Chapter 7
    HON. Thomas J. Tucker

    Debtor.
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

    The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| | | |
|---|---|---|
| First Recovery Group | #14 | $108.21 |

Dated: March 10, 2011     */s/ Karen E. Evangelista (P36144)*
    Karen E Evangelista, Trustee
    439 S. Main St., Suite 250
    Rochester, MI 48307
    (248) 652-7992
    brewera1008@yahoo.com